IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:24CR150 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DONTAE FRANKLIN, | ) | |
| | ) | |
| Defendant | ) | |

    This matter is before the court on the defendant's Unopposed Motion to Continue Trial [23]. Counsel needs additional time to prepare for trial. For good cause shown,

    **IT IS ORDERED** that the Unopposed Motion to Continue Trial [23] is granted as follows:

1. The jury trial, now set for February 18, 2025, is continued to **April 22, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 22, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: February 3, 2024.**

                                                         **BY THE COURT:**

                                                         **s/ Ryan C. Carson**
                                                         **United States Magistrate Judge**