IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DONTAE FRANKLIN,

Defendant.

8:24-CR-150

FINAL ORDER OF FORFEITURE

This matter is before the Court on the Government's Motion for Final Order of Forfeiture. Filing 56. Having reviewed the record in this case, the Court finds as follows:

1. On June 30, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's interest in a Glock 22 .40-caliber handgun and magazine which contained 14 live .40-caliber rounds. Filing 41.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on July 4, 2025, as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C). A Declaration of Publication was filed herein on September 16, 2025. Filing 55.

3. The Government advises the Court that no party has filed a petition in this matter regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Government's Motion for Final Order of Forfeiture, Filing 56, is granted;

2. All right, title, and interest in and to the Glock 22 .40-caliber handgun and magazine which contained 14 live .40-caliber rounds seized from the defendant on or about February 28, 2024, held by any person or entity are forever barred and foreclosed;

3. The Glock 22 .40-caliber handgun and magazine which contained 14 live .40-caliber rounds are forfeited to the Government; and

4. The Government is directed to dispose of the Glock 22 .40-caliber handgun and magazine which contained 14 live .40-caliber rounds in accordance with the law.

Dated this 19th day of September, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge